

# NUMBER 13-25-00070-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DESILU PROPERTIES, LLC,                                    Appellant,

v.

GARCO SUPPLY COMPANY D/B/A
BUILDERS LUMBER COMPANY,                              Appellee.

## ON APPEAL FROM THE 78TH DISTRICT COURT
## OF WICHITA COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Justice West

This matter is before the Court on appellant's unopposed amended motion to dismiss appeal.[1] The parties have settled their dispute, and pursuant to the terms of the parties' settlement agreement, the appellant now requests that this appeal be dismissed.

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001.

The Court, having considered appellant's unopposed amended motion, is of the opinion that the unopposed amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
3rd day of April, 2025.

2